**Electronically Filed
Supreme Court
SCWC-12-0000060
29-MAY-2015
08:08 AM**

SCWC-12-0000060

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————

KARYN EILEEN HERRMANN, Petitioner/Plaintiff-Appellee,

vs.

KENNETH ROSS HERRMANN, Respondent/Defendant-Appellant.

———————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000060; FC-D NO. 95-0-0475)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Karyn Eileen Herrmann's

Application for Writ of Certiorari, filed on April 16, 2015, is

hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawai'i, May 29, 2015.

Francis T. O'Brien
for petitioner

Charles T. Kleintop and
Dyan M. Medeiros
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

